# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNECO OIL COMPANY, INC. and <br> PENNECO PIPELINE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ENERGY CORPORATION OF AMERICA, <br><br> Defendant. | Civil Action No. 16-1918 <br> Chief Judge Joy Flowers Conti |

## ORDER

Presently before the Court is the Motion to Confirm Arbitration Awards Pursuant to 9 U.S.C. § 9 (ECF No. 58) filed by Plaintiffs Penneco Oil Company, Inc. and Penneco Pipeline Corporation (collectively "Penneco"). Defendant Energy Corporation of America ("ECA") has filed a Response in Opposition to Penneco's Motion (ECF No. 59) explaining that its opposition is filed solely "for the purposes of preserving all appellate rights associated with the Court's prior opinion and order (Doc. No. 50 and 51), which is already the subject of an appeal in the Third Circuit Court of Appeals at No. 18-1585." ECF No. 59, at 4. Accordingly, there being no present opposition to granting Penneco's motion the following Order is hereby entered.

**AND NOW,** this 27th day of June, 2018, **IT IS HEREBY ORDERED** that Penneco's Motion to Confirm Arbitration Awards Pursuant to 9 U.S.C. § 9 is hereby GRANTED. JUDGMENT is hereby entered in favor of Penneco and against ECA as follows

1. Confirmation and final judgment in favor of Penneco and against ECA on the American Arbitration Association's October 27, 2016 Award of Arbitrator (attached to this Order as Exhibit A) with the exception of Paragraph 4, which was vacated by this Court's February 15, 2018 Order;

2. Confirmation and final judgment in favor of Penneco and against ECA on the American Arbitration Association's May 1, 2018 Amended Award of Arbitrator (attached to this Order as Exhibit B); and

3. Confirmation and final judgment in favor of Penneco and against ECA in the amount of $183,105.97 awarded in the American Arbitration Association's May 1, 2018 Amended Award of Arbitrator, plus prejudgment interest at six percent (6%) per annum, commencing on May 1, 2018 through the date of this Order.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge